[No. 5926–1. Division One. February 13, 1979.]

*In the Matter of the Welfare of*
TOM EDWARD GREEN, ET AL.

Appeal from judgments of the Superior Court for King County, Nos. J–71636, J–74873, Herbert M. Stephens, J., entered August 26, 1977. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Ringold, JJ.

[No. 6030–1. Division One. February 13, 1979.]

BETTYE D. BRYANT, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 37025, Harry A. Follman, J., entered September 2, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Ringold, JJ.

[No. 6041–1. Division One. February 13, 1979.]

BOYD HARTMAN, ET AL, *Appellants,* v. PEASE, DOCES & LEWICKI, P.S., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, Nos. 832672, 832949, Charles R. Denney, J. Pro Tem., entered October 10, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Williams, JJ.

[No. 6181–1. Division One. February 13, 1979.]

THOMAS F. SMITH, ET AL, *Respondents,* v. BETTY T. HILTBRUNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 826566, Barbara Durham, J., entered October 18, 1977. *Reversed* by unpublished opinion per Swanson, J., concurred in by Williams and Ringold, JJ.